1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7    ENRIQUE A. HUAPAYA,                         Case No.   14-cv-05305-VC

                    Petitioner,
8
                                                 **ORDER TO SHOW CAUSE**
9            v.

10   KAMALA HARRIS,

11                  Respondent.[1]

12

13          Enrique A. Haupaya is a state prisoner currently incarcerated at Pleasant Valley State

14   Prison.  He has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254,

15   challenging his conviction for robbery with the use of a gun pursuant to a plea agreement in the

16   Alameda County Superior Court.  Huapaya has paid the $5.00 filing fee.

17          It does not appear from the face of the petition that it is clearly without merit.  Good cause

18   appearing, the Court hereby issues the following orders:

19          1.      The Clerk of the Court shall serve a copy of this Order and the petition and all

20   attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the

21   State of California.  The Clerk also shall serve a copy of this Order on Huapaya.

22          2.      No later than sixty days from the date of this Order, Respondent shall file with this

23   Court and serve upon Huapaya an Answer conforming in all respects to Rule 5 of the Rules

24   Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.

25   Respondent shall file with the Answer all portions of the state record that have been transcribed

26

27

28

_____

[1] In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to substitute Warden Scott Frauenheim as Respondent because he is Petitioner's current custodian.

United States District Court
Northern District of California

United States District Court
Northern District of California

1   previously and are relevant to a determination of the issues presented by the petition.   If Huapaya

2   wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it

3   on Respondent within thirty days of his receipt of the Answer.  If he does not do so, the petition

4   will be deemed submitted and ready for decision on the date the Traverse is due.

5        3.   No later than sixty days from the date of this Order, Respondent may file with this

6   Court and serve upon Huapaya a motion to dismiss on procedural grounds in lieu of an Answer, as

7   set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.

8   If Respondent files such a motion, Huapaya shall file with the Court and serve on Respondent an

9   opposition or statement of non-opposition to the motion within thirty days of receipt of the

10  motion, and Respondent shall file with the Court and serve on Huapaya a reply within fourteen

11  days of receipt of an opposition.

12       4.   It is Huapaya's responsibility to prosecute this case.  He must keep the Court

13  informed of any change of address by filing a separate paper with the Clerk headed "Notice of

14  Change of Address," and must comply with the Court's orders in a timely fashion.  He also must

15  serve on Respondent's counsel all communications with the Court by mailing a true copy of the

16  document to Respondent's counsel.

17       5.   Extensions of time are not favored, though reasonable extensions will be granted.

18  Any motion for an extension of time must be filed no later than ten days prior to the deadline

19  sought to be extended.

20       6.   The Clerk shall substitute Warden Scott Frauenheim as Respondent.

21       **IT IS SO ORDERED**.

22

23  Dated: December 30, 2014

24  _____

25  VINCE CHHABRIA
    United States District Judge

26

27

28