United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE A. HUAPAYA,

          Plaintiff,

    v.

KAMALA HARRIS,

          Defendant.

Case No.  14-cv-05305-HSG (PR)

**ORDER GRANTING RESPONDENT'S THIRD APPLICATION FOR EXTENSION OF TIME**

Re: Dkt. No. 12

Good cause appearing, respondent's application for a 7-day extension of time to file an answer to the petition is GRANTED.  Respondent shall file her answer to the petition no later than **June 8, 2015**.  Within **thirty (30) days** of the date such answer is filed, petitioner shall file with the Court and serve on respondent a traverse.

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: 6/2/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge