UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE A. HUAPAYA,<br><br>       Petitioner,<br><br>   v.<br><br>KAMALA HARRIS,<br><br>       Respondent. | Case No. 14-cv-05305-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 18 |

Good cause appearing, Petitioner's request for an extension of time to file an opposition to respondent's motion to dismiss is GRANTED. Petitioner shall file his opposition no later than **October 20, 2015**. Respondent shall file his reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 18.

**IT IS SO ORDERED.**

Dated: 7/8/2015

                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge